# (May 12, 1958)

■ CITIES SERVICE OIL COMPANY et al., Appellants, v. CITY OF NEW YORK et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of O. LLOYD DARTER, JR., for Admission to Practice as an Attorney. (From the State of Tennessee.) — Application for admission to the Bar without examination pursuant to rule VII of the Rules of the Court of Appeals for the Admission of Attorneys and Counsellors-at-Law denied. Although this applicant has been a member of the Bar of the State of Tennessee for upwards of five years, and resided in that State during that time, he has failed to establish that he has actually practiced in that State for a period of at least five years, within the meaning of paragraph b of subdivision VII-1 of rule VII of the Rules of the Court of Appeals for the Admission of Attorneys and Counsellors-at-Law. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ In the Matter of ALLEN A. MEYER, JR., for Admission to the Bar.— Application for admission to the Bar denied upon the ground that the applicant has failed to furnish satisfactory proof that he is and has been an actual resident of the State of New York for not less than six months immediately preceding the making of such application for admission as required by paragraph (3) of subdivision (f) of rule 1 of the Rules of Civil Practice, with leave to renew upon proper proof of compliance with the applicable rules. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.